1008

[No. 32290-7-I. Division One. May 9, 1994.]

TIMOTHY KOSNOFF, *Appellant*, v. BLAIR WARD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 91-2-05010-5, Alan R. Hancock, J., entered February 16, 1993. *Reversed* by unpublished opinion per Baker, J., concurred in by Scholfield and Coleman, JJ.

[No. 30252-3-I. Division One. May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE AVALOS HUERTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03219-6, Anthony P. Wartnik, J., entered March 10, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 32634-1-I. Division One. May 9, 1994.]

*In the Matter of the Welfare of* L.J.R.

THE STATE OF WASHINGTON, *Respondent*, v. BRANDY RITTER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-7-00004-7, Charles R. Snyder, J. Pro Tem., entered March 30, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31479-3-I. Division One. May 9, 1994.]

PAUL E. NOLAN, ET AL, *Appellants*, v. SNOHOMISH COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-06368-7, Ronald Castleberry, J., entered September 21, 1992. *Reversed* by unpublished opinion per Webster, C.J., concurred in by Kennedy and Agid, JJ.